247 So.2d 862

**Mrs. Margie Thompson COMPTON et al.**

v.

**CROWN ZELLERBACH CORP. et al.**

No. 51385.

May 24, 1971.

In re: Mrs. Margie Thompson Compton, et al. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Washington. 246 So.2d 397.

Writ denied. There is no error of law in the judgment complained of.

247 So.2d 863

**B. STERN COMPANY, LIMITED**

v.

**Mary Smith PERRY, Administratrix of the Succession of D. L. Perry, Deceased.**

No. 51388.

May 24, 1971.

In re: B. Stern Company, Limited applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of Washington. 246 So.2d 246.

Writ refused. We cannot say as a matter of law that the result reached is incorrect.